IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STEVEN POWERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TARGET CORPORATION. )<br>)<br>Defendant. ) | Civil Action No.: 4:11-CV-845-JMM |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of their attorneys hereinbelow that Plaintiff Steven Powers and Defendant Target Corporation have settled this case and that by the parties' agreement, Plaintiff's complaint should be dismissed with prejudice and each party should bear his or its own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff's complaint is dismissed in its entirety with prejudice and further that each party shall bear his or its own costs and fees.

_____
U.S. DISTRICT COURT JUDGE

DATE: 10/15/12

APPROVED BY:


s/ Bryce Brewer (w/permission)
Morgan E. Welch, Esq. (AR Bar No. 75136)
Bryce Brewer, Esq.
WELCH, BREWER & HUDSON, LLC
One Riverfront Place, Suite 413
North Little Rock, AR 72114
Telephone: (501) 978-3030
Facsimile: (501) 978-3050
Email: mwelch@wbhlawfirm.com

Attorney for Plaintiff



s/ Pamela R. Irons
James R. Mulroy II (AR Bar No. 2009093)
Pamela R. Irons (TN Bar No. 023707)
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone:  (901) 462-2600
Facsimile:  (901) 462-2626
Email: mulroyj@jacksonlewis.com
         ironsp@jacksonlewis.com

Thomas A. Davis (AL Bar No. 5877-S56T)
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, Alabama  35209
Telephone:  (205) 332-3100
Facsimile:  (205) 332-3131
Email: davist@jacksonlewis.com

Attorneys for Defendant


4813-4999-6049, v. 1